## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROGER JIUNNMING WOO       )
                                 )
       Petitioner,          )
                                 )
       v.                  )     Civil Action No. 05-1105
                                 )
JEFFREY BEARD,           )
*et al.*,                     )
                                 )     Judge Arthur J. Schwab
       Respondents.     )
                                 )     Magistrate Judge
                                 )     Francis X. Caiazza

## ORDER

AND NOW, upon consideration of The Petition for Writ of Habeas Corpus and the complete record in this case, it is hereby ORDERED and DIRECTED that:

1.     The Petition for Writ of Habeas Corpus is **DENIED**;

2.     A certificate of appealability is **DENIED**;

3.     The Report and Recommendation (Doc. 19) of Magistrate Judge Caiazza, dated October 25, 2006, is adopted as the opinion of the Court, as supplemented herein.

SO ORDERED this 27th day of December, 2006.

s/Arthur J. Schwab          
Arthur J. Schwab
United States District Judge

cc:     All counsel of record as listed below

Caroline M. Roberto
Law & Finance Building
5th Floor
Pittsburgh, PA 15219
Email: croberto@choiceonemail.com

Heidi D. Norton
O'Brien & Ryan
Hickory Pointe
Suite 300
Plymouth Meeting, PA 19462

James R.. Hopson
Office of the District Attorney
201 Courthouse Square
Greensburg, PA 15601
Email: jhopson@co.westmoreland.pa.us